AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JERRY BOGNER,

               Plaintiff,

                     v.

R & B SYSTEMS, INC., a Washington Corp., RENEE BEAL and ROBERT BEAL, wife and husband and the marital community,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-193-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED (1) The Defendants' Motion for Summary Judgment (Ct. Rec. 16) is GRANTED. (2) Plaintiff's Motion for Partial Summary Judgment (Ct. Rec. 32) is GRANTED IN PART AND DENIED IN PART as set forth in the Order. (3) Defendants' Motion for Expedited Hearing (Ct. Rec. 67) is GRANTED. Defendants' Motion to Strike (Ct. Rec. 66) is DENIED. Judgment in favor of Defendants, dismissing Plaintiff's Complaint and the claims therein with prejudice, file closed.

May 12, 2011
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer